CONSUMERS ENERGY COMPANY V DEPARTMENT OF TRANSPORTATION, Nos. 150520 and 150521; Court of Appeals Nos. 316038 and 316131. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we reverse in part Parts III.A. and III.B. of the Court of Appeals opinion, and we remand this case to the Court of Claims for reconsideration and application of the Detroit Edison decision and of the defendant's

reasonable formula or method for determining the percentage of exempt use to total use. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction.